

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

___

KINETIC FUEL TECHNOLOGY, INC.,

                Plaintiff,

v.

TOTAL FUEL SOLUTIONS LLC
d/b/a SENTRY FUEL TREATMENTS,
GEORGE R. FARLEY D/B/A
GRF DISTRIBUTION,
THE PLEXXUS GROUP IV, LLC, and
JOHN J. CARR,

                Defendants.

___

**ORDER**

1:16-CV-00020 EAW

This Court referred all pretrial matters in the case to United States Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. §§ 636(b)(1)(A) & (B). (Dkt. 9). On March 7, 2016, Magistrate Judge McCarthy issued a thorough Report and Recommendation recommending that Plaintiff's unopposed motion for a preliminary injunction be granted. (Dkt. 30).

Pursuant to Fed. R. Civ. P. 72(b)(2) and 28 U.S.C. § 636(b)(1), the parties had until March 24, 2016, to file objections. No objections were filed. The Court is not required to review *de novo* those portions of a report and recommendation to which objections were not filed. *See Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure [to timely] object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision.").

The Court has reviewed the Report and Recommendation, and finds no reason to reject or modify the Report and Recommendation of Magistrate Judge McCarthy. Therefore, the Court accepts and adopts the Report and Recommendation.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated:   April 6, 2016
         Rochester, New York